## HECTOR HEREDIA *v.* COMMISSIONER OF CORRECTION

The petitioner Hector Heredia's petition for certification for appeal from the Appellate Court, 106 Conn. App. 827 (AC 27571), is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*Ruth Daniella Weissman*, special public defender, in support of the petition.

---

* On January 7, 2009, the Supreme Court amended the order for certification. See *State* v. *Martinez*, 290 Conn. 902, 962 A.2d 795 (2009).

*Denise B. Smoker*, senior assistant state's attorney, in opposition.

Decided June 10, 2008